UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER W.,<br><br>                    Plaintiff,<br><br>        -against-<br><br>BEACON HEALTH OPTIONS, INC.,<br><br>                    Defendant. | 23-CV-1336 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

      Plaintiff's deadline to file an Amended Complaint expired on August 16, 2023. *See* ECF No. 13. Plaintiff shall file a letter with the Court no later than **September 12, 2023** stating whether he intends to continue prosecuting this case and why he failed to comply with the Court's deadline. If Plaintiff does not submit a letter by this date, the Court will dismiss this case for failure to prosecute.

Dated:   September 5, 2023
           New York, New York

                                                    SO ORDERED.

                                                    */s/ Jessica Clarke*

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge